GEORGE DAVIS, *Appellant, v.* LEANDER W. FISKE, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.

ANDREW PROBST, *Respondent, v.* ADDISON H. DELAMATER, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

ORRIN SPENCER, *Appellant, v.* EDWIN F. BROWN, *Respondent.* — Judgment affirmed. Opinion by HAIGHT, J.

CHARLES D. ALLEN, *Respondent, v.* DAVID CHAPMAN, *Appellant.* — Judgment affirmed. Opinion by HAIGHT, J.

FREDERICK STEFFIN, *Respondent, v.* MARY A. LOCKWOOD and others, *Appellants.* — Judgment and order affirmed as to George Steffin and Mary A. Lockwood, with costs, and leave given to them to answer on payment of costs of demurrer and appeal; and judgment and order reversed as to William H. Lockwood, with costs, and the demurrer as to him sustained, with costs of the demurrer, and leave given to the plaintiff to amend his complaint on payment to William H. Lockwood of costs of appeal and demurrer. Opinion by HARDIN, J.

HENRIETTA H. WRIGHT, *Respondent, v.* BANK OF THE METROPOLIS, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HAIGHT, J.

JOHN CARROLL, *Respondent, v.* ELLEN CARROLL, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

WILLIAM H. HERSEE and others, *Appellants, v.* RODERICK D. PORTER, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

GEORGE WILLIAMS and another, *Appellants, v.* HARRISON GILMORE, *Respondent.* — Judgment and order affirmed. Opinion by HAIGHT, J.

WILLIAM F. EDINGTON and another, *Respondents, v.* THE ÆTNA LIFE INSURANCE COMPANY, *Appellant.* — Order affirmed. Opinion by SMITH, P. J.

REBECCA ST. HELEN, *Appellant, v.* WILLIAM TOWNSEND and others, *Respondents.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

THE GENESEE VALLEY RAILROAD COMPANY, *Appellant, v.* THE ROCHESTER AND PITTSBURGH RAILROAD COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

JULIETTE M. BOSWELL, *Appellant, v.* NATHANIEL B. WARD, *Respondent.* — Order modified by striking out twenty-eight dollars and ten cents, and as modified affirmed, without costs of this appeal to either party. Opinion by HARDIN, J.

WILLIAM STEVENS, *Respondent, v.* JAMES STEVENS, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

WILLIAM WOODBURY, *Appellant, v.* ORLIN COLBURN, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.